FILED
AUG 15 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:06CR208-MEF |
| v. ) | [18 USC 922(g)(1); |
| ) | 18 USC 2313] |
| JASON EDWARD COFIELD ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Beginning from an unknown date, up to and including January 24, 2006, in Lee County, within the Middle District of Alabama,

JASON EDWARD COFIELD,

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama and Georgia, to-wit:

1) January 10, 2001, Possession of Controlled Substances, case number 2000-345, in the Circuit Court of Talladega, Alabama;

2) October 16, 2001, Trafficking in Methamphetamine, case number 99-CR-349, in the Superior Court of Forsyth County, Georgia;

did knowingly possess in and affecting commerce firearms and ammunition, to-wit:

1) a Taurus, Model 172, .17 caliber rifle,

2) a Smith and Wesson, model 422 .22 caliber pistol;

3) a Rohm, .22 caliber revolver.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

From on or about October 11, 2005, up to and including January 24, 2006, in Lee County, within the Middle District of Alabama,

JASON EDWARD COFIELD,

defendant herein, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, to-wit: a 2003 Dodge Ram 1500 4x4 truck, VIN # 1D7HU18D53J617497, which vehicle had crossed a State boundary after being stolen, to-wit, said vehicle having being stolen on or about October 11, 2005, in Troup County, Georgia, and subsequently brought into the State of Alabama, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

## COUNT 3

From on or about January 17, 2006, up to and including January 24, 2006, in Lee County, within the Middle District of Alabama,

JASON EDWARD COFIELD,

defendant herein, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, to-wit: a Honda All-Terrain Vehicle (ATV), VIN # 478TE1404TA827750, which vehicle had crossed a State boundary after being stolen, to-wit, said vehicle having being stolen on or about January 17, 2006, in Troup County, Georgia, and subsequently brought into the State of Alabama, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313.

## FORFEITURE ALLEGATION

A. Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1),

as alleged in Count 1 of this indictment the defendant,

JASON EDWARD COFIELD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

**A Taurus, Model 172, .17 caliber rifle;**

**A Smith and Wesson, Model 422 .22 caliber pistol;**

**A Rohm, .22 caliber revolver.**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
VERNE H. SPEIRS
Assistant United States Attorney