COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                DATE: 9/1/06
❒ BOND HEARING
❒ DETENTION HEARING                 DIGITAL Recording : 3:30 - 3:36
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 3:06cr208-MEF                    **DEFENDANT NAME:** Jason Edward Cofield
**AUSA:** Andrew Schiff                       **DEFT. ATTY:** Michael Petersen

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Sandra Wood                         **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES        Name:

_____

| | | |
|---|---|---|
| √ | Date of Arrest 8/31/06 or ❒ Arrest Rule 40 | |
| √ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator | |
| ❒ | Deft First Appearance with Counsel | |
| ❒ | Deft. First Appearance without Counsel | |
| ❒ | Requests appointed Counsel | |
| √ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* | |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher | |
| ❒ | Deft. Advises he will retain counsel.  Has retained | |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed | |
| √ | Detention Hearing ❒ held; √ set for 9/7/06 @ 2:00 p.m. | |
| √ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered | |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered | |
| ❒ | Release order entered.  Deft advised of conditions of release | |
| ❒ | **BOND EXECUTED (M/D AL charges)** $. | |
| ❒ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered | |
| √ | Bond not executed.  Defendant to remain in Marshal's custody | |
| ❒ | Deft. ORDERED REMOVED to originating district | |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing | |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for | |
| ❒ | DISCOVERY DISCLOSURE DATE: | |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: | |