IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr208-MEF |
| ) | |
| JASON EDWARD COFIELD ) | |

## MOTION TO CONTINUE DETENTION HEARING

COMES NOW the Defendant, Jason Edward Cofield, by and through undersigned counsel, Donnie W. Bethel, and respectfully moves this Court to continue the detention hearing scheduled for today, Wednesday, September 6, 2006 at 2:00 p.m. for the following reasons:

1.    Today at approximately 12:00 p.m., undersigned counsel was informed there is a conflict of interest in the Office of the Federal Defender representing Mr. Cofield.

2.    In order to eliminate any potential issues regarding this conflict, undersigned counsel will withdraw as counsel and CJA panel counsel will be appointed to represent Mr. Cofield.

3.    This withdrawal and subsequent appointment of new counsel will not be completed before the time of the detention hearing.

WHEREFORE, undersigned counsel asks that the detention hearing be continued.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     Case No.: 3:06cr208-MEF |
| | ) |
| JASON EDWARD COFIELD | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49