IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06CR208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

**<u>ORDER</u>**

Upon consideration of the motion to continue detention hearing (doc. # 8) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that the detention hearing be and is hereby CONTINUED from September 6, 2006, to September 8, 2006, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE