IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr208-MEF |
| ) | |
| JASON EDWARD COFIELD ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

COMES NOW the undersigned counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Jason Edward Cofield. In support of this Motion, counsel states the following:

1. On September 1, 2006, the Federal Defender Office was appointed to represent Jason Edward Cofield with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Donnie W. Bethel.

2. On September 6, 2006, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Cofield.

3. Undersigned counsel requests that on behalf of Mr. Cofield, CJA panel attorney Pate DeBardeleben be appointed to represent him in all further proceedings in this case. Mr. Cofield will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Cofield and that Pate DeBardeleben be appointed to represent him.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Case No.: 3:06cr208-MEF |
| | ) |
| **JASON EDWARD COFIELD** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr208-MEF |
| | ) | |
| **JASON EDWARD COFIELD** | ) | |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel and Motion to Appoint CJA Panel Attorney filed by the Defendant, it is

**ORDERED** that the motion to withdraw be and hereby **GRANTED**.  It is further

**ORDERED** that CJA Panel Attorney Pate DeBardeleben be and is hereby appointed to represent the defendant for all further proceedings.  Appointed counsel shall file a notice of appearance with this Court.

Done this _____ day of September, 2006.

_____
**CHARLES S. COODY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**