### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:06cr208-MEF** |
| ) | |
| **JASON EDWARD COFIELD** ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel and Motion to Appoint CJA Panel Attorney filed by the Defendant, it is

**ORDERED** that the motion to withdraw be and hereby **GRANTED**. It is further

**ORDERED** that CJA Panel Attorney Pate DeBardeleben be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this Court.

Done this 7th day of September, 2006.


                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE