# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **CASE NO.: 3:06CR208-MEF** |
| ) | |
| **JASON EDWARD COFIELD** ) | |
| ) | |

## ORDER

For good cause, it is

**ORDERED** that the Detention Hearing set for **September 8, 2006** be and is hereby **RESET** for **September 13, 2006 at 2:00 p.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 7th day of September, 2006.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE