IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 3:06-cr-208-MEF |
| | ) |
| JASON EDWARD COFIELD | ) |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Jason Edward Cofield, into the custody of Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, from September 13, 2006, through December 13, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 12th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Pate Debardeleben.

                                                                                        LEURA GARRETT CANARY
                                                                                        UNITED STATES ATTORNEY

                                                                                        /s/ Verne H. Speirs
                                                                                        VERNE H. SPEIRS
                                                                                        Assistant United States Attorney
                                                                                        Post Office Box 197
                                                                                        Montgomery, Alabama 36101-0197
                                                                                        334.223.7280
                                                                                        334.223.7135 fax
                                                                                        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on September 12, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Jason Edward Cofield, to Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, on September 13, 2006, through December 13, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of September, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE