IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                          ) | CR. NO. 3:06-cr-208-MEF |
| ) | |
| JASON EDWARD COFIELD        ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on September 12, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Jason Edward Cofield, to Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, on September 13, 2006, through December 13, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, and/or Donnie Surrett, Lee County Sheriff's Office, and/or Tim Fitzpatrick, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 12th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE