MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED:    9/13/06 | AT | 2:00 P.M. TO 2:04 P.M. |
| DATE COMPLETED:    9/13/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA      *
                             *
VS.                          *        CASE NO.: 3:06CR208-MEF
                             *
JASON EDWARD COFIELD         *

---

**GOVERNMENT**            **APPEARANCES**:            **DEFENDANT**

Atty. Verne Speirs            *    Atty. Pate DeBardeleben
                             *
Sandra Woods, USPTS/UPSO

---

**COURT OFFICIALS PRESENT**:

**Court Room Deputy: Wanda Stinson**        Law Clerk: Corrie Long

---

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARIN and ARRAIGNMENT**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Detention Hrg - 06cr208-MEF | |
|---|---|---|
| **Date** | 9 /13/2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2 :00:01 PM | Court | Court convenes; parties present as noted; Discussion as to deft decision not to contest detention; |
| 2 :00:13 PM | Atty DeBardeleben | He wants to agree to put it off unitil his atty files it;  would like to waive it temporarily; |
| 2 :00:40 PM | Court | Deft advised of right to hearing before the court to determine whether he should be detained, whether the court should grant the govt. motion; Court will detained the deft with the understanding that he can at any time seek release on conditions; Discussion of arraignment; |
| 2 :01:44 PM | Atty. DeBardeleben | Deft is hesitant to do that until he makes a decision as to who will be representing him; |
| 2 :01:56 PM | Court | He's just entering a not guilty plea; |
| 2 :01:56 PM | Atty. DeBardeleben | Has explained that ; He wants to delay any plea; |
| 2 :02:10 PM | Court | Discussion as to purpose of arraignment to deft; We will proceed with the arraignment proceedings; Deft waives reading of the indictment;  enters Not Guilty plea to the charges; Status as to discovery; |
| 2 :03:46 PM | Atty. Speirs | Already provided; |
| 2 :03:48 PM | Court | Case is assigneed to Judge Fuller, his next term is Nov. 27th; Discussion as to when the matter of counsel will be resolved: |
| 2 :04:29 PM | Atty. Duffey | By Friday; |
| 2 :04:29 PM | Court | Court is recessed. |