**COURTROOM DEPUTY MINUTES**                **DATE :   OCTOBER 13,  2006**

**MIDDLE DISTRICT OF ALABAMA**           **DIGITAL RECORDED:    1:12 p. m. to 1:13 p.m.**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY       DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 3:06CR208-MEF-CSC       DEFENDANT NAME:   JASON E. COFIELD**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  VERNE SPEIRS | ATTY.  C. PATE DEBARDELEBEN |

√       **DISCOVERY STATUS: Complete.**

_____

_____

√       **PENDING MOTION STATUS:   Motion to Suppress.**

_____

☐       **PLEA STATUS:**

_____

_____

√       **TRIAL STATUS: Will take 2 days  to try case if goes to trial.**

_____

√       **REMARKS: Will set hrg near the end of the month.**

_____