**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/27/06 | AT | 9:30 a.m. to 12:09 a.m. |
| DATE COMPLETED: 10/27/06 | TO | Digital Recorded |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CASE NO.: 3:06CR208-MEF-CSC |
| JASON EDWARD COFIELD | * | |

| GOVERNMENT | **APPEARANCES**: | DEFENDANT |
|---|---|---|
| Atty. Verne Speirs | * | Atty. Pate DeBardeleben |

**COURT OFFICIALS PRESENT**:

**Court Room Deputy:** Wanda Stinson        **LAW CLERK:** Corrie Long

Court Reporter: James Dickens

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **EVIDENTIARY HEARING RE: MOTION TO SUPPRESS**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED ||| 
|---|---|---|
| **Description** | Suppression hearing - 06cr208-MEF-CSC ||
| **Date** | 10/27/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9:30:53 AM | Court | Court convenes; parties present as noted; Discussion as to the hearing on a suppression motion on a warrant; |
| 9:31:20 AM | Atty. Speirs | Response as to how to proceed; |
| 9:31:27 AM | Atty. DeBardeleben | Was prepared to go first, since is was our motion to suppress; |
| 9:31:32 AM | Court | Then you go first; |
| 9:31:33 AM | Atty. DeBardeleben | Calls Mr. Kenny Cofield; witness is sworn and seated; Discussion and review of the search warrant; Move to Deft's Exh. #1; |
| 9:34:32 AM | Court | It's admitted; |
| 9:34:37 AM | Atty. DeBardeleben | Cont'd testimony; Discussion of address listed on the search warrant; Discussions as to names listed on the search warrant; |
| 9:37:20 AM | Atty. Speirs | Objection as to relevance; |
| 9:37:22 AM | Court | Will allow it; |
| 9:37:25 AM | Atty. DeBardeleben | Cont'd testimony; Cont'd discussion of search warrant; Discussion and review of chart of family property; |
| 9:40:14 AM | Court | Where are your mailboxes; |
| 9:40:14 AM | Witness | Response on Hwy. 270; |
| 9:40:18 AM | Court | Hwy, 270 |
| 9:40:19 AM | Court | Are they separate? |
| 9:40:22 AM | Witness | Yes sir. |
| 9:40:22 AM | Court | They all got numbers on them? |
| 9:40:24 AM | Witness | Yes sir; |
| 9:40:24 AM | Court | Numbers you described this morning? |
| 9:40:27 AM | Witness | Yes sir and names; |
| 9:40:30 AM | Atty. DeBardeleben | Testimony resumes; Discussion and review of Deft's Exh. #2; Move to admit Deft's Exh. #2; |
| 9:41:31 AM | Court | No objections; It's admitted; |
| 9:41:31 AM | Atty. DeBardeleben | Cont'd testimony; Discussion as to the search of Jason's mobile home; Discussion of second search warrant; |
| 9:43:54 AM | Atty. Speirs | Objection; |
| 9:44:04 AM | DeBardeleben | Response to objection |
| 9:44:14 AM | Court | Will allow it; |
| 9:44:16 AM | Atty. DeBardeleben | Moved to introduce Deft's Exh. #3; |
| 9:44:21 AM | Court | Other than the materality and relevance objections, It's admitted; |
| 9:44:25 AM | Atty. DeBardeleben | Cont'd testimony; Cont'd discussion of second search of home on 27th; Discussion and review of photo of Jason's mobile home; Move to admit Deft's Exh. #4; |
| 9:45:32 AM | Court | No objection; It's admitted; |
| 9:45:32 AM | Atty. DeBardeleben | Cont'd testimony; Moved to introduce Deft's Exh. #5; |
| 9:46:16 AM | Court | No objection; It's admitted; |

| Time | Speaker | Notes |
|---|---|---|
| 9:46:17 AM | Atty. DeBardeleben | Cont'd testimony; Discussion as to what happed to Mr. Kraft; |
| 9:46:38 AM | Atty. Speirs | Objection as to relevance; |
| 9:46:38 AM | Court | Response; |
| 9:46:43 AM | Atty. DeBardeleben | Has to do with the first search warrant and the actions of the agents; |
| 9:46:52 AM | Court | Response; move on; Objection is sustained; |
| 9:46:55 AM | Atty. DeBardeleben | Testimony resumes; Discussion and review of photo of mail box of Kevin Cofield; Move to admit Deft's Exh. #6; |
| 9:47:47 AM | Court | No objections; It's admitted; |
| 9:47:49 AM | Atty. DeBardeleben | Cont'd testimony; Discussion of layout of land;Discussion as to the search warrant issued on August 31st; |
| 9:50:10 AM | Atty. Speirs | Objection as to relevance; |
| 9:50:10 AM | Court | Overruled; |
| 9:50:10 AM | Atty. DeBardeleben | Cont'd testimony; Moved to introduce Deft's Exh. #7; |
| 9:50:31 AM | Atty. Speirs | Objection as to relevance; |
| 9:50:34 AM | Court | Objection is overruled; It's admitted; |
| 9:50:35 AM | Atty. DeBardeleben | Cont'd testimony; Discussion of second search warrant issued on Brian Cofield's residence; |
| 9:53:29 AM | Atty. Speirs | Objection as to relevanse to what they were looking for; |
| 9:53:35 AM | Court | I agree with that; |
| 9:53:39 AM | Atty. DeBardeleben | Move to admit Deft's Exh. #8; |
| 9:53:43 AM | Atty. Speirs | Subject to my previous objection; |
| 9:53:46 AM | Court | Objections are overruled; Deft's Exh. #8 is admitted; |
| 9:53:50 AM | Atty. DeBardeleben | Cont'd testimony; Moved to introduce Deft's Exh. #9; |
| 9:54:18 AM | Court | No objections; It's admitted; |
| 9:54:24 AM | Atty. DeBardeleben | Cont'd testimony; Move to admit Deft's Exh. #10; |
| 9:54:48 AM | Atty. Speirs | No objections; |
| 9:54:48 AM | Court | It's admitted; |
| 9:54:48 AM | Atty. DeBardeleben | Cont'd testimony; Discussion and review of photo of home and fence around property; Moved to introduce Deft's Exh. #11; |
| 9:55:15 AM | Atty. Speirs | No objection; |
| 9:55:15 AM | Court | It;s admitted; |
| 9:55:18 AM | Atty. DeBardeleben | Cont'd testimony; Discussion and review of photo of Kevin Cofield's mobile home; Move to introduce Deft's Exh. #12; |
| 9:55:48 AM | Atty. Speirs | No objection; |
| 9:55:48 AM | Court | It's admitted; |
| 9:55:51 AM | Atty. DeBardeleben | Cont'd testimony; |
| 9:56:33 AM | Atty. Speirs | Objection as to relevance; |
| 9:56:33 AM | Court | Response; will allow that one; objection is overruled; |
| 9:56:50 AM | Atty. DeBardeleben | Cont'd testimony; Move to introduce Deft's Exh. #13; |
| 9:56:52 AM | Atty. Speirs | No objection; |
| 9:56:52 AM | Court | It's admitted; |
| 9:56:52 AM | Atty. Bardeleben | Cont'd testimony; Moved to introduce Deft's Exh. #14; |
| 9:57:09 AM | Atty. Speirs | No objection; |
| 9:57:09 AM | Court | No objections, it's admitted; |

| Time | Speaker | Description |
|---|---|---|
| 9:57:09 AM | Atty. DeBardeleben | Cont'd testimony; |
| 9:57:40 AM | Atty. Speirs | Objection to hearsay and relevance; |
| 9:57:40 AM | Atty. DeBardeleben | They are here; |
| 9:57:45 AM | Court | He can testify as to what he told somebody else; what he can't testify to is what somebody told him; Objection is overruled; |
| 9:57:56 AM | Atty. DeBardeleben | Cont'd testimony; Discussions as to helicopters flying over property; |
| 9:59:49 AM | Atty. Speirs | Cross - examination; discussion as to acres/property owned; Discussion of location of mailboxes; Discussion and review of Govt. Exh. #13; Discussion and review of Govt's Exh. #14; Discussion and review of Govt's Exh. #16; Discussion of Deft's Exh. #1; Discussion and review of Govt's Exh. #7; Move to admit Govt.'s Exh #7; |
| 10:12:03 AM | Court | No objections; It's admitted; |
| 10:13:15 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt. Exh, #8; Discussion and review of Deft's Exh. #9 and #6; Discussion and review of Deft's Exh. #2; |
| 10:22:24 AM | Atty. DeBardeleben | Re - Direct; Discussion of the January 24th search warrant; |
| 10:24:19 AM | Atty. Speirs | Re - Cross examination; |
| 10:24:47 AM | Court | Witness is excused; |
| 10:24:51 AM | Atty. DeBardeleben | Calls Mrs. Amy Cofield, wife of Jason Cofield; witness is sworn and seated; |
| 10:25:20 AM | Court | Discussion as to the motion to suppress that goes to both the weopons and the vehicles that are the subject matter of the indictment; |
| 10:25:29 AM | Atty. DeBardeleben | Testimony begins; Discussion as to the incident of January 24, 2006; Stopped at the gate by SWAT officers; |
| 10:26:57 AM | Court | Question as to entrance way of the property; |
| 10:27:06 AM | Witness | Response; |
| 10:27:11 AM | Court | Where were you going? |
| 10:27:14 AM | Witness | Response - home; |
| 10:27:19 AM | Atty. DeBardeleben | Cont'd testimony; Move to admit Deft's Exh. #15; |
| 10:27:59 AM | Court | No objections; It's admitted; |
| 10:28:02 AM | Atty. DeBardeleben | Cont'd testimony; Move to admit Deft's #16; |
| 10:29:13 AM | Court | It's admitted; |
| 10:29:19 AM | Atty. DeBardeleben | Cont'd testimony; Discussions regarding the search warrant and search of home; Discussion of second search of home; Discussion of third search of home on August 31st; |
| 10:34:07 AM | Atty. Speirs | Cross - examination; Discussion and review of Govt's Exh. #7; Discussion and review of Govt's Exhs. #14 and #13 and #15; |
| 10:42:14 AM | Atty. DeBardeleben | Re- direct; |
| 10:45:02 AM | Atty. Speirs | Re- Cross; |
| 10:46:49 AM | Court | Discussion as to other police officers on the property before being searched; |
| 10:46:56 AM | Witness | Response; |
| 10:47:00 AM | Court | Witness is excused; |
| 10:47:05 AM | Atty. DeBardeleben | Have no other witnesses; |

| 10:47:06 AM | Atty. Speirs | Calls Investigator Donnie Surrett; witness is sworn and seated; Investigator for Lee Co.Sheriff's office; Discussion and review of Govt. Exh. #13, #13A, 14, 15, and 16 - LETS printout of information of the Cofield family ; Move to admit Govt's Exhs. 13, 13A, 14, 15, and 16 ; |
| --- | --- | --- |
| 10:56:20 AM | Court | They are admitted; |
| 10:56:26 AM | Atty. Speirs | Cont'd testimony; Discussions of the Cofield property; DEA agents gave information about the Cofields and members of the family and property information in 2002; |
| 10:57:32 AM | Court | What did they tell you about their property; |
| 10:57:35 AM | Witness | Response; |
| 10:57:59 AM | Court | Response; Question whether in 2002 were those trailors located along highway?; |
| 10:58:16 AM | Witness | Yes sir. |
| 10:58:19 AM | Court | Were the mailboxes located there in 2002; |
| 10:58:19 AM | Witness | There were some mailboxes, don't remember all of them; |
| 10:58:25 AM | Atty. Speirs | Cont'd testimony; Discussion of visits to the Cofield propery; Discussion and review of Deft's Exh. #9, #6 and #2; Discussion as to the blood hound system and its use; |
| 11:02:55 AM | Court | Question to witness regarding him going on to the property in 2002; |
| 11:03:05 AM | Witness | No sir - the gate was always closed; |
| 11:03:08 AM | Atty. Sypeirs | Cont'd testimony; Discussion and review of Govt's Exh. 1 - 5; Govt. moves to admit Exh. 1 through 5; |
| 11:04:06 AM | Court | They are admitted; |
| 11:04:09 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt. Exh. #1, #2; |
| 11:06:37 AM | Court | Question as to Govt. Exh. #2; |
| 11:06:55 AM | Witness | Response; |
| 11:07:25 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt's Exh. #3, #4 and #5; |
| 11:12:06 AM | Court | Will take a brief recess to attend to another matter; |
| 11:19:38 AM | Court | Court RECONVENES; |
| 11:19:47 AM | Atty. Speirs | Cont'd testimony of witness; Discussion and review of Govt. Exh. #17; Move to admit Govt. Exh. #17; |
| 11:20:37 AM | Court | It's admitted; |
| 11:20:39 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt. Exh. 10 and Govt. Exh. 8; Move to admit Govt's Exh. 8 and 10; |
| 11:23:16 AM | Court | They are admitted; |
| 11:23:23 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt's Exh. #9; |
| 11:26:54 AM | Court | Question to witness regarding whereabouts of the fences around Jason's trailor; |
| 11:27:00 AM | Witness | Response; |
| 11:27:14 AM | Court | Discussion of directions to the North of Jason's proprty whether there is any fence along there; |
| 11:27:39 AM | Witness | Response; |

| 11:27:53 AM | Court | Discussions as to partially fenced areas around Jason's trailor and the search of property; |
| --- | --- | --- |
| 11:28:04 AM | Witness | Response; |
| 11:29:33 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt. Exh. #9; Govt move to admit Govt's Exh. #9; |
| 11:30:06 AM | Court | It's admitted; |
| 11:30:08 AM | Atty. Speirs | Cont'd testimony;  Discussion as to the search; |
| 11:33:44 AM | Court | What does the word alias mean; |
| 11:33:44 AM | Witness | Response; |
| 11:33:53 AM | Court | Whose residence are we talking about in the warrant?; |
| 11:33:57 AM | Witness | The residence of Kenny Cofield, Brian Cofield, Jason Cofield |
| 11:34:02 AM | Court | You knew those were the sons of Kenny Cofield; |
| 11:34:05 AM | Witness | Yes sir. |
| 11:34:05 AM | Court | Why did you use the term alias? |
| 11:34:08 AM | Witness | Response - to cover if I misspelled the names; |
| 11:34:13 AM | Court | Why didn't you tell the Judge that these were the sons of Kenny Cofield?; |
| 11:34:19 AM | Witness | I have no answer for that; |
| 11:34:25 AM | Court | Why isn't that misleading; |
| 11:34:28 AM | Atty. Speirs | Response; |
| 11:34:47 AM | Atty. Speirs | Cont'd testimony;  Discussion as whether any information was given to mislead Judge Walker; |
| 11:35:25 AM | Court | Question to witness regarding warrant of separate people and the use of alias; |
| 11:35:30 AM | Witness | Response; |
| 11:35:38 AM | Court | Response; You knew that they were separate people; |
| 11:35:46 AM | Witness | Response; |
| 11:35:53 AM | Court | Why isn't this reckless misleading? |
| 11:36:07 AM | Atty. Speirs | Response; |
| 11:36:27 AM | Court | He's been out there 10 to 15 times before and he has studied the property; Has spent 4 yrs investigating these people; |
| 11:37:20 AM | Atty. Speirs | Response; |
| 11:37:43 AM | Court | Discussion and review as to the search warrant; |
| 11:38:16 AM | Atty. Speirs | Response; |
| 11:38:31 AM | Court | Discussion as to when officer got into the property; |
| 11:38:50 AM | Atty. Speirs | Response; |
| 11:39:32 AM | Atty. Speirs | Cont'd testimony; Discussion of the search with Judge Walker; Discussion and review of Govt. Exh. 12;Govt. moves to admit Exh. #12; |
| 11:42:15 AM | Atty. DeBardeleben | Objection - 1. it's not the original, 2. it's not signed; 3. it's not dated; |
| 11:42:21 AM | court | What's the purpose of it; |
| 11:42:23 AM | Atty. Speirs; | Response; shows conversation with Judge Walker; |
| 11:42:35 AM | Court | Response; Objection is sustained on the bases of relevancy; |
| 11:42:50 AM | Atty. Speirs | Response as to recklessness and whether there was any misleading of Judge Walker; |
| 11:43:14 AM | Court | Response as to recklessness; |

| | | |
|---|---|---|
| 11:43:28 AM | Atty. Speirs | Cont'd testimony; Discussion of execution of the search warrant; Discussion and review of Govt's Exh. #6; Govt moves to admit Exh. #6; |
| 11:46:48 AM | Court | It's admitted; |
| 11:46:51 AM | Atty. Speirs | Cont'd testimony; Discussion to the use of alias in the search warrant; |
| 11:53:47 AM | Atty. DeBardeleben | Cross - examination; Discussions as to whether Jason Cofield lived at 5766, the home of Kenny Cofield; |
| 12:00:00 PM | Atty. Speirs | Re - direct; Discussion of area color photographs of structure of the Cofield property; |
| 12:01:18 PM | Atty. DeBardeleben | Re - Cross; |
| 12:02:01 PM | Atty. Speirs | Re - direct; |
| 12:02:35 PM | Court | Question to witness re: search warrant and the use and meaning of the word "curtilage"?; |
| 12:02:45 PM | Witness | Respnse - the area around the residence without any obstruction; |
| 12:02:52 PM | Court | Discussion as to the why warrant authorized you to search Jason Cofields trailor? |
| 12:03:03 PM | Witness | Response - because it was at 5766 Co. Rd 270; |
| 12:03:07 PM | Court | Witness is excused; |
| 12:03:24 PM | court | Discussion of the issues; the warrant does not say property, it saids residence; Questions to address 1- If a warrant authorizes the search of a residence and something within the curtilage, and having spent 4 hours at Mr. Kenny Cofiled's residence, an officer could believe that a trailor 800 feet away was part to the residence withing the curtilage; 2 - Whether the warrant meet the requirement; 3 - Want to know your views on whether the information given to Judge Walker meets the requirements under Franks vs. Delaware; Do not find that Officer Surrett gave false information to Judge Walker; Want your briefs filed 10 days from todays date; |
| 12:06:01 PM | Atty. Speirs | Can we go through that list one more time; |
| 12:06:04 PM | Court | You can; What do think I asked for; |
| 12:06:07 PM | Atty. Speirs | Response; The officers conduct under Franks; curtilage and what that might encompass; |
| 12:06:21 PM | Court | Enlight of what it saids in the affidavit; |
| 12:06:40 PM | Atty. Speirs | Response; |
| 12:06:46 PM | Court | Response; |
| 12:07:43 PM | Corrie | Second thing that was said; |
| 12:07:54 PM | Court | Response; |
| 12:08:15 PM | Court | Court is recessed. |
| 12:09:14 PM | | |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | CR NO.:   1:06CR208-MEF |
| | * | |
| JASON EDWARD COFIELD | * | |
| | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**

3.  Mr. Donnie Surett

**DEFENDANT**

1. Mr. Willis Kenny Cofield
2. Mrs. Amy Cofield

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
JASON EDWARD COFIELD

## GOVERNMENT'S EXHIBIT LIST

Case Number:  3:06CR208-MEF-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | GOVERNMENT'S<br>VERNE SPEIRS | DEFENDANT'S ATTORNEY<br>PATE DEBARDELEBEN |
|---|---|---|
| TRIAL DATE (S)<br>SUPPRESSION HEARING - OCTOBER 27, 2006 | COURT REPORTER<br>JAMES DICKENS | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 10/27/06 | 10/27/06 | 1 | DONNIE SURRETT | NO | Air photo of 5766 Cofield property |
| YES | 10/27/06 | 10/27/06 | 2 | DONNIE SURRETT | NO | Air photo of Jason Cofield's trailer |
| YES | 10/27/06 | 10/27/06 | 3 | DONNIE SURRETT | NO | Map from appraisal dept. of Cofield property |
| YES | 10/27/06 | 10/27/06 | 4 | DONNIE SURRETT | NO | Map obtained from appraisal dept. |
| YES | 10/27/06 | 10/27/06 | 5 | DONNIE SURRETT | NO | Copy of Map from page 5 from Lee Co. 911 Map book |
| YES | 10/27/06 | 10/27/06 | 6 | DONNIE SURRETT | NO | Hand drawn map of Cofield property |
| YES | 10/27/06 | 10/27/06 | 7 | KENNY COFIELD | NO | Air photo of Cofield proeprty; |
| YES | 10/27/06 | 10/27/06 | 8 | DONNIE SURRETT | NO | Air Photograph of cofield property |
| YES | 10/27/06 | 10/27/06 | 9 | DONNIE SURRETT | NO | Air phot of the Cofield property |
| YES | 10/27/06 | 10/27/06 | 10 | DONNIE SURRETT | NO | Air photograph of Cofiled property; |
| YES | 10/27/06 | 10/27/06 | 12 | DONNIE SURRETT | YES | Handwritten notes by Ofc. Surrett of conversation with Judg |
|  |  |  |  |  |  | Walker |
| YES | 10/27/06 | 10/27/06 | 13 | DONNIE SURRETT | NO | LETS information on Jason Cofield dated 1/6/05 |
| YES | 10/27/06 | 10/27/06 | 13A | DONNIE SURRETT | NO | LETS information on Jason Cofield dated 1/24/06 |
| YES | 10/27/06 | 10/27/06 | 14 | DONNIE SURRETT | NO | LETS information on Amy Cofield dated 6/4/04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YES | 10/27/06 | 10/27/06 | 15 | DONNIE SURRETT | NO | LETS information on Willis Kennon Cofield dated 7/18/02 |
| YES | 10/27/06 | 10/27/06 | 16 | DONNIE SURRETT | NO | LETS information on Charles Michael Cofield dated 1/23/03 |
| YES | 10/27/06 | 10/27/06 | 17 | DONNIE SURRETT | NO | Air photograph of Jason Cofield's trailer |
| | | | | | | |
| | | | | | | |
| | | | | | | **EXHIBITS ARE PLACED IN A SEPARATE ENVELO** |
| | | | | | | **WITH COURT FILE** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
JASON EDWARD COFIELD

**DEFENDANT'S EXHIBIT LIST**

Case Number:   31:06CR208-MEF-CSC

| PRESIDING JUDGE  CHARLES S. COODY | | | GOVERNMENT ATTORNEY  VERNE SPEIRS | | DEFENDANT'S ATTORNEY  PATE DEBARDELEBEN | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)  SUPPRESSION HEARING - October 27, 2006 | | | COURT REPORTER  JAMES DICKENS | | COURTROOM DEPUTY  WANDA STINSON | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
| YES | 10/27/06 | 10/27/06 | 1 | KENNY COFIELD | 1 | Application and Affidavit for Search Warrant dated 1/24/06 |
| YES | 10/27/06 | 10/27/06 | 2 | KENNY COFIELD | 2 | Photo of mailbox of Jason Cofield - 5796 address |
| YES | 10/27/06 | 10/27/06 | 3 | KENNY COFIELD | 3 | Lee Co. Search Warrant dated 1/27/06 |
| YES | 10/27/06 | 10/27/06 | 4 | KENNY COFIELD | 4 | Photograph of trailor |
| YES | 10/27/06 | 10/27/06 | 5 | KENNY COFIELD | 5 | Photograph of storage shed |
| YES | 10/27/06 | 10/27/06 | 6 | KENNY COFIELD | 6 | Photo of mailbox of Kevin Cofield - 5906 address |
| YES | 10/27/06 | 10/27/06 | 7 | KENNY COFIELD | 7 | Application & Affidavit for Search Warrant dated 8/31/06 |
| YES | 10/27/06 | 10/27/06 | 8 | KENNY COFIELD | 8 | Lee Co. Search Warrant dated 8/31/06 |
| YES | 10/27/06 | 10/27/06 | 9 | KENNY COFIELD | 9 | Photo of mailbox addressed 5766 Lee Rd 270 |
| YES | 10/27/06 | 10/27/06 | 10 | KENNY COFIELD | 10 | Photo of Kenny Cofield's home |
| YES | 10/27/06 | 10/27/06 | 11 | KENNY COFIELD | 11 | Photo of Kenny Cofield's home through the woods; |
| YES | 10/27/06 | 10/27/06 | 12 | KENNY COFIELD | 12 | Photo of Kevin Cofield's mobile home; |
| YES | 10/27/06 | 10/27/06 | 13 | KENNY COFIELD | 13 | Photo of mailbox of Brian Cofield 5842 address |
| YES | 10/27/06 | 10/27/06 | 14 | KENNY COFIELD | 14 | Photo of Brian Cofield's mobile home |
| YES | 10/27/06 | 10/27/06 | 15 | AMY COFIELD | 15 | Credit Card Statement of Amy Cofield at 5796 address |
| YES | 10/27/06 | 10/27/06 | 16 | AMY COFIELD | 16 | CountryPlace Mortgage states of Jason Cofield |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YES | 10/27/06 | 10/27/06 | 17 | | 17 | Hand drawn map of Cofield property | |
| | | | | | | | |
| | | | | | | **EXHIBITS ARE PLACED IN A SEPARATE** | |
| | | | | | | **ENVELOPE WITH COURT FILE** | |