IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

# **O R D E R**

On September 29, 2006, the defendant filed a motion to suppress (Doc. #22) and a hearing was held on the motion on October 27, 2006. The court has not had sufficient time to enter a ruling on this dispositive motion. Accordingly, it is hereby

ORDERED that the trial of this case set for November 27, 2006 is continued to the March 12, 2007 criminal trial term.

The Magistrate Judge shall conduct a final pretrial conference prior to the March 12, 2007 trial term.

DONE this 13th of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE