IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06-CR-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

**<u>ORDER</u>**

On November 27, 2006, the court held an evidentiary hearing on the motion to suppress (doc. # 22) filed by the defendant. Following that hearing, the parties filed briefs in support of their position. After review of the motion, the evidence and the briefs of the parties, the court concludes that a supplemental hearing is necessary to address the totality of circumstances relating to the seizure of the weapons and vehicles which form the basis of the criminal charges against the defendant. Prior to this hearing, the court will hold a conference call with counsel to address the precise issues about which the court requires further evidence. At the supplemental hearing the court expects counsel to secure the attendance of all witnesses who can testify about the issues which will be discussed during the conference call. Accordingly, it is

ORDERED as follows:

1. That a supplemental hearing on the defendant's motion to suppress be and is hereby set on December 11, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. That a conference call be and is hereby set on December 1, 2006, at 8:30

a.m.  The United States shall set up the conference call with all counsel and the court.

Done this 14th day of November, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE