# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **CASE NO.: 3:06CR208-MEF** |
| ) | |
| **JASON EDWARD COFIELD** ) | |
| ) | |

## ORDER

For good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 16, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 14th day of November, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE