## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO.: 3:06CR208-MEF |
| ) | |
| JASON EDWARD COFIELD ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference previously scheduled for **February 16, 2007** be and is hereby **RESET** for **February 20, 2007 at 1:00 p.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 14th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE