# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 12/1/06 | AT | 8:29 A.M. to 8:30 A.M. |
| DATE COMPLETED: 12/1/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA

    Plaintiff

VS.    CASE NO.: 3:06CR208-MEF-CSC

JASON EDWARD COFIELD

    Defendant

**APPEARANCES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| Atty. Veren Speirs | Atty. Crowell Pate DeBardeleben |

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| **COURTROOM DEPUTY**: WANDA STINSON | **LAW CLERK**: CORRIE LONG |

( X) OTHER PROCEEDINGS: **TELEPHONE CONFERENCE: MOTION TO SUPPRESS**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** | | |
|---|---|---|
| **Description** | Telephone conference - 06cr208-MEF  USA v. Cofield | |
| **Date** 12/ 1 /2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 8 :29:08 AM | Court | Court convenes; Discussions as to evidence of where the weapons in the vehicle found in reference to both Kenny and Jason's residences;  Discussion as to the shed and the evidence of someone living there; The evidence relating to the specific pieces of property are at issue in the motion to suppress remains unclear; parties advised to come with some witnesses to clarify that for the court; |
| 8 :30:51 AM | Court | Conference call ends; |