# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 12/11/06 | **AT** | 9:00 a.m. to 10:16 a.m. |
| **DATE COMPLETED:** 12/11/06 | **AT** | Digital Recorded |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 3:06CR208-MEF-CSC |
| JASON EDWARD COFIELD | * | |
| Defendant | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Veren Speirs | * | Atty. Crowell Pate DeBardeleben |

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| **COURTROOM DEPUTY**: WANDA STINSON | **LAW CLERK**: CORRIE LONG |

( X) OTHER PROCEEDINGS: **SUPPLEMENTAL SUPPRESSION HRG**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
| --- | --- | --- |
| **Description** | \multicolumn{2}{l}{Supplementak Suppression hrg} |
| **Date** | 12/11/2006 | **Location** Courtroom 4B |

| Time | Speaker | Note |
| --- | --- | --- |
| 9 :00:39 AM | Court | Court convenes; parties present as noted; |
| 9 :01:03 AM | Atty. DeBardeleben | Have a couple witnesses that have not shown up a this time, but will allow the government to go first; |
| 9 :01:07 AM | Atty. Speirs | Addresses the court as to the previous hearging; Discussion as to who lived in the shed and the search of the shed; Calls Investigator Keith Jordan; witness is sworn and seated; Discussions as to knowledge of meth labs; |
| 9 :06:00 AM | Atty. DeBardeleben | Objection; |
| 9 :06:08 AM | Court | Response; |
| 9 :06:11 AM | Atty. Speirs | Response to objection, do have photograph pictures of LP tanks, smells that are consistent with the manufacture of meth; |
| 9 :06:57 AM | Court | Will let you proceed; |
| 9 :06:57 AM | Atty. Speirs | Cont'd testimony; |
| 9 :09:49 AM | Court | Who told that it was multiple residence? |
| 9 :09:49 AM | Witness | Sgt. Surrett; |
| 9 :09:52 AM | Court | Did you take a look at the warrant? |
| 9 :09:54 AM | Witness | No, not prior to that day; |
| 9 :09:57 AM | Court | What did you understand the warrant was for? |
| 9 :09:57 AM | Witness | Response - it covered both the residence of Kenny Cofield, Jason Cofield and potentially Brian cofield all located on the Cofield property and their respective sheds or storage building; |
| 9 :10:22 AM | Atty. Speirs | Cont'd testimony; Discussion of the execution of the warrant; Discussion and review of Govt. Exh. #1; Move to admit Govt. Exh. #1; |
| 9 :16:16 AM | Court | No objection; It's admitted; |
| 9 :16:16 AM | Atty. Speirs | Cont'd testimony; Discussion and review of Govt. Exhx. #2, #3, #4 and #5; Move to admit Govt's Exhs. 2, 3, 4 and 5 |
| 9 :16:44 AM | Atty. DeBardeleben | No objection; |
| 9 :16:44 AM | Court | They are admitted; |
| 9 :16:44 AM | Atty. Speirs | Cont'd testimony; Discussions as to entry into the shed; Discussion and review of Govt. Exhs. #8, #9, #10 and #11; Move to admit Govt. Exhs. 8, 9, 10 and 11; |
| 9 :26:11 AM | Atty. DeBardelen | No objection; |
| 9 :26:11 AM | Court | They are admitted; |
| 9 :26:11 AM | Atty. Speirs | Cont'd testimony; Discussion of exhibits admitted; Discussion and review of Govt. Exhs. #12, #13, #14 and #15; Move to admit Govt's Exh. #12, 13, 14 and 15 |
| 9 :29:46 AM | Court | They are admitted; |
| 9 :29:52 AM | Atty. Speirs | Cont' d testimony; |
| 9 :35:33 AM | Atty. DeBardeleben | Cross - examination; Discussions as to the stolen guns found inside the shed; Discussion and knowledge of Mr. Shannon Hand; |

| Time | Speaker | Content |
|---|---|---|
| 9 :44:28 AM | Court | Witness is excused; |
| 9 :44:32 AM | Atty. Speirs | Calls Eugene Allen Maddox, II, State Trooper; witness is sworn and seated; |
| 9 :45:59 AM | Atty. Debardeleben | Objection; |
| 9 :46:07 AM | Court | Response; |
| 9 :46:20 AM | Atty. Speirs | Response to objection; |
| 9 :46:49 AM | Court | Response |
| 9 :46:53 AM | Atty Speirs | Response - trying to give the court the full picture as to what happened that day relevant to the shed and how they made entry into that shed is relevant; |
| 9 :47:04 AM | Court | How? |
| 9 :47:04 AM | Atty. Speirs | Response; |
| 9 :47:26 AM | Court | Response; Discussion as to what the original warrant authorized; They treated it like the original warrant covered everything; |
| 9 :48:05 AM | Atty. Speirs | Which a judge signed; |
| 9 :48:06 AM | Court | Reponse - the judge signed a warrant that said the residence of Kenny Cofield and all out buildings; Discussion as to the Leon questions; they get a warrant for one residence and knows that there are multiple residence on the property; The objection is sustained; |
| 9 :48:54 AM | Atty. Speirs | Have no further questions; |
| 9 :49:00 AM | Court | Witness is excused; |
| 9 :49:11 AM | Atty. DeBardeleben | Calls Sarah Cofield; witness is sworn and seated; wife of Kevin Cofield; lives on the front of Cofield property; Discussions as to knowledge of Mr. Shannon Hand; |
| 9 :54:08 AM | Atty. Speirs | Cross examination; Discussion as to Mr. Shannon Hand staying in the shed; |
| 9 :55:59 AM | Court | Witness is excused; |
| 9 :56:39 AM | Atty. DeBardeleben | Deft rest; |
| 9 :56:56 AM | Court | Addresses problem; |
| 9 :57:14 AM | Atty. Speirs | Response as to the warrant; |
| 9 :57:39 AM | Court | Officers didn't talk to one another; |
| 9 :57:53 AM | Atty. Speirs | Response; |
| 9 :58:06 AM | Court | Discussion regarding the officer that went to Jason Cofield's house new that Kenny Cofield's house was a separate house; There's nothing in the warrant about Jason Cofield's residence; |
| 9 :58:41 AM | Atty. Speirs | Response; They named individuals they thought were living on that property; |
| 9 :58:55 AM | Court | They said Kenny Cofield, alias, alias, alias; Discussions as to what the word alias meant to the officers who prepared the warrant; Discussions as to the warrant; |
| 10:00:10 AM | Atty. Speirs | Response; Officer are here who can testify as to why they use that term; |
| 10:00:51 AM | Court | Let's put that on; |
| 10:00:52 AM | Atty. Speirs | Calls Sgt. Donnie Ray Surrett; witness is sworn and seated; Discussion as to training received in preparing search warrants; Discussion as to the use of the word alias and its meaning; |

| 10:01:20 AM | | |
|---|---|---|
| 10:03:57 AM | Court | Question as to having multiple people and how would a spelling be protected or be satisfied by the use of the word alias; |
| 10:04:11 AM | Witness | The word alias was explained to cover typing errors or we could use it if |
| 10:04:33 AM | Atty. Speirs | Cont'd testimony; Discussion as to briefing prior to execution of the warrant; |
| 10:06:46 AM | Court | Who gave the briefing? |
| 10:06:46 AM | Witness | I did as well as the SWAT commander; |
| 10:06:53 AM | Court | Did someone talk about multiple residence? |
| 10:06:53 AM | Witness | We talked about multiple structures on the property; |
| 10:07:02 AM | Atty. Speirs | Discussion as to meaning of term residence; |
| 10:07:18 AM | court | Question as to whether he knoew more than one family lived out there? |
| 10:07:25 AM | Witness | Right, I new there was multiple |
| 10:07:27 AM | Court | Where did you think they all lived, in the same house? |
| 10:07:28 AM | Witness | Wasn't sure; |
| 10:07:35 AM | Atty. Speirs | That's all the questions I have; |
| 10:07:37 AM | Atty. DeBardeleben | Cross-examination; |
| 10:07:53 AM | Court | Witness is excused; |
| 10:07:55 AM | Atty. Speirs | Nother further; |
| 10:07:58 AM | Court | Questions as to issuance of alias warrant; |
| 10:08:52 AM | Atty. Speirs | Response as to the practices of Lee County; |
| 10:09:33 AM | Court | Addresses concerns ; |
| 10:10:20 AM | Atty. Speirs | Response; |
| 10:11:40 AM | Court | Reads what the warrant saids; |
| 10:12:10 AM | Atty. Speirs | Response; |
| 10:13:02 AM | Court | Question as to whether the issue is Leon; |
| 10:13:02 AM | Atty. Speirs | Think we have reached that point; |
| 10:13:31 AM | Court | Response; |
| 10:13:44 AM | Atty. Speirs | Discussion as to whether it changes probable cause; |
| 10:15:05 AM | Atty. DeBardeleben | Response as to Leon; |
| 10:15:40 AM | Atty. Speirs | Response; |
| 10:16:35 AM | Court | Will take matters under advisement;  Court is recessed. |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA *
*
*
VS. *   CASE NO. 3:06CR-208-MEF
*
JASON EDWARD COFIELD *
*
Defendant *

**WITNESS LIST**:

**GOVERNMENT**                                            **DEFENDANT**

1.   Invest. Keith Jordan                       3.   Mrs. Sarah Cofield
2.   Mr. Eugene Allen Maddox

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>JASON EDWARD COFIELD | GOVERNMENT'S EXHIBIT LIST<br><br>Case Number: 3:06CR208-MEF-CSC |
|---|---|

| PRESIDING JUDGE<br>CHARLES S. COODY | GOVERNMENT'S<br>VERNE SPEIRS | DEFENDANT'S ATTORNEY<br>PATE DEBARDELEBEN |
|---|---|---|
| TRIAL DATE (S)<br>SUPPLEMENTAL SUPPRESSION HEARING - DECEMBER 11, 2006 | COURT REPORTER<br>JAMES DICKENS | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 12/11/06 | 12/11/06 | 1 | KEITH JORDAN | NO | Photograph of backside of Jason Cofield's residence; |
| YES | 12/11/06 | 12/11/06 | 2 | KEITH JORDAN | NO | Photograph of front of shed, shows surveillance came |
| YES | 12/11/06 | 12/11/06 | 3 | KEITH JORDAN | NO | Photograph of left upper front of the shed; |
| YES | 12/11/06 | 12/11/06 | 4 | KEITH JORDAN | NO | Photograph of bay door on far right hand side of shed |
| YES | 12/11/06 | 12/11/06 | 5 | KEITH JORDAN | NO | Photograph of valves on gas cylinder; |
| YES | 12/11/06 | 12/11/06 | 8 | KEITH JORDAN | NO | Photograph of rifle recovered inside of shed; |
| YES | 12/11/06 | 12/11/06 | 9 | KEITH JORDAN | NO | Photograph of Smith & Wesson 22 Caliber pistol; |
| YES | 12/11/06 | 12/11/06 | 10 | KEITH JORDAN | NO | Photograph of Roam 22 Revolver; |
| YES | 12/11/06 | 12/11/06 | 11 | KEITH JORDAN | NO | Photograph of ammunition ejection from the rifle; |
| YES | 12/11/06 | 12/11/06 | 12 | KEITH JORDAN | NO | Photograph of open bay door showing stolen 4-wheel |
| YES | 12/11/06 | 12/11/06 | 13 | KEITH JORDAN | NO | Photograph of vehicle in the woods; |
| YES | 12/11/06 | 12/11/06 | 14 | KEITH JORDAN | NO | Photograph of bed of stolen truck, |
| YES | 12/11/06 | 12/11/06 | 15 | KEITH JORDAN | NO | Photograph of inside of shed |
|  |  |  |  |  |  | **EXHIBITS ARE PLACED IN A SEPARATE ENVELO** |
|  |  |  |  |  |  | **WITH COURT FILE** |