IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference presently set for **February 20, 2007 at 1:00**

**p.m.** in Courtroom 4B be and is hereby **MOVED to Courtroom 5B**, United States

Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of February 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE