**COURTROOM DEPUTY MINUTES**          **DATE:** FEBRUARY 20, 2007

**MIDDLE DISTRICT OF ALABAMA**        **DIGITAL RECORDED:** 1:15 - 1:18

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR-208-MEF-CSC           **DEFENDANT NAME:** JASON E. COFIELD

#### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. VERNE H. SPEIRS | ATTY. C. PATE DEBARDELEBEN |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** Defendant's Motion to Suppress
Awaiting ruling.

☑ **PLEA STATUS:** Possible plea, depending on outcome of ruling on M/Suppress.

☑ **TRIAL STATUS:** Will take 2 days to try case, if case goes to trial.

☑ **REMARKS:** Draft Recommendation has been submitted.