IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

## **O R D E R**

It is hereby ORDERED that the criminal term of court set for March 12, 2007 is continued to March 26, 2007.  Jury selection will begin at 10:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE