IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

<u>UNITED STATES MOTION TO WITHDRAW MOTION FOR DETENTION</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to dismiss the United States' Motion for Detention Hearing filed September 1, 2006. In support thereof, the United States submits the following:

1)    On September 1, 2006, the United States filed its Motion For Detention Hearing seeking detention of Cofield.

2)    Since filing the detention motion, Cofield has not contested his incarceration. Cofield has been incarcerated since September 1, 2006.

3)    On March 13, 2007, Cofield's trial was continued until April 23, 2007.

4)    Beginning on April 11, 2007, the Government's key witness in this case, Investigator Keith Jordan, will be out of district and unavailable for trial. He will not return to the Middle District of Alabama until November 2007.

5)    By agreement of both parties, the United States agrees to withdraw its detention motion on the express condition that Cofield agree to electronic monitoring and abide by all conditions set by the Honorable Court.

6)    The undersigned has discussed this Motion with Attorney Pate DeBardeleben. Mr.

DeBardeleben has no objection to this Motion.

    Respectfully submitted this 14th day of March, 2007.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Verne H. Speirs
                                      VERNE H. SPEIRS
                                      Assistant United States Attorney
                                      1 Court Square, Suite 201
                                      Montgomery, Alabama 36104
                                      (334) 223-7280
                                      (334) 223-7135 Fax
                                      verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pate DeBardeleben.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov