UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:06- cr-208-MEF |
| ) | |
| JASON EDWARD COFIELD ) | |

**O R D E R**

Now pending before the court is the United States' motion to withdraw its motion for detention (doc. # 57). Upon consideration of the motion, and for good cause shown, it is

ORDERED that a hearing on the motion be and is hereby **SET** for **March 15, 2007 at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 14th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE