IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to continue the trial of this matter currently set for April 23, 2007, until November 5, 2007. In support thereof, the United States submits the following:

1) Trial of this matter is set for April 23, 2007.

2) Currently, this Honorable Court has pending before it the *United States' Objection to the Magistrate Judge Regarding Suppression of Physical Evidence*. This Honorable Court has yet to rule upon the United States' objection.

3) Beginning on April 11, 2007, the Government's key witness in this case, Investigator Keith Jordan, will be out of District and unavailable for trial. He will not return to the Middle District of Alabama until November 2007.

4) By agreement of both parties, Cofield has been released from custody subject to electronic monitoring and conditions set by this Honorable Court.

5) By agreement of both parties, the United States respectfully requests that this Honorable Court continue the trial of this matter until November 5, 2007, thereby giving the Court ample time to review complex issues currently pending before it, and accommodating Investigator

Jordan's need to be out of the Middle District of Alabama until that time.

      6)      The undersigned has discussed this Motion with Attorney Pate DeBardeleben. Mr. DeBardeleben has no objection to this Motion.

      Respectfully submitted this 15th day of March, 2007.

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      /s/ Verne H. Speirs
      VERNE H. SPEIRS
      Assistant United States Attorney
      1 Court Square, Suite 201
      Montgomery, Alabama 36104
      (334) 223-7280
      (334) 223-7135 Fax
      verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Pate DeBardeleben.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov