IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

## **O R D E R**

Upon consideration of government's Unopposed Motion to Continue Trial (Doc. #62) filed on March 15, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The trial set for April 23, 2007 is continued until further order of the court.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE