IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

**O R D E R**

It is hereby ORDERED that on or before **July 1, 2007**, the parties shall file further briefs relating to the Motion to Suppress (Doc. # 22) filed on September 29, 2006 and the Recommendation of the Magistrate Judge (Doc. # 41) entered on February 23, 2007. The parties are instructed to address the following issue: assuming the search warrant did not establish probable cause for the search of the shed within the curtilage of the defendant's residence, may the government nonetheless invoke the exigent circumstances exception to the warrant requirement.

DONE this the 1st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE