# CJA-24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ALM | Cofield, Jason Edward | | 070416 000020 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 3:06-000208-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Cofield | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT OF FIREARMS, ETC

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
For use in trial of this case.

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
10/27/06 and 12/11/06 Suppression Hearings, Jimmy Dickens Court Reporter

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary) — Judge's Initials

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)
B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Real Time Unedited Transcript
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] Crowell Pate DeBardeleben   Date: 4-2-07
Printed Name: Crowell Pate DeBardeleben
Telephone Number: 213-0609
☒ Panel Attorney ☐ Retained Atty ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

By Order of the Court
Signature of Presiding Judicial Officer or By Order of the Court
3/7/07   ___
Date of Order   Nunc Pro Tunc Date

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official ☐ Contract ☐ Transcriber ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS
James R. Dickens

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**
On file

Telephone Number: 334-265-4850

**20. TRANSCRIPT**

| TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| ~~Original~~ Copy 10/27/06 | 1-124 | 123 | .83 | 102.09 | | 102.09 |
| Copy 12/11/06 | 1-56 | 56 | .83 | 46.48 | | 46.48 |
| Expenses (itemize): | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | 148.57 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: [signed] James R. Dickens   Date: 3/26/07

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: [signed] Crowell Pate DeBardeleben   Date: 4-2-07

**23. APPROVED FOR PAYMENT**
Signature of Judicial Officer or Clerk   Date: 4/4/07

**24. AMOUNT APPROVED**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06cr208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

## ORDER

Now pending before the court is the defendant's ex parte motion for a copy of the transcript of the suppression hearings (doc. # 39) filed on February 21, 2007. Upon consideration of the motion, and for good cause, it is

**ORDERED** that the motion for transcripts (doc. # 39) be and is hereby GRANTED. The Clerk of the Court is DIRECTED to provide counsel a copy of the transcripts of the suppressions hearings IMMEDIATELY.

Done this 7th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE