IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NO. 3:06-cr-208 |
| | * |
| JASON EDWARD COFIELD | * |

### UNOPPOSED MOTION TO MODIFY SUPERVISED RELEASE

COMES NOW, Jason Edward Cofield, and through counsel, moves this Honorable Court to modify his conditions of Pre-trial release and as grounds for said request does submit the following;

1. Mr. Cofield is presently on supervised release with United States Probation Officer Bernard Ross and has been in compliance since being placed on release on or about March 15, 2007.

2. Counsel for Mr. Cofield has been in contact with both the United States Probation Officer, Bernard Ross, and Assistant U.S. Attorney, Verne Spears. Both are in agreement to modify Mr. Cofield's bond status to that of a curfew status.

WHEREFORE, counsel for Jason Edward Cofield, moves this Honorable Court to allow modification of his Pre-trial release and allow U.S. Probation Officer Bernard Ross to place Jason Edward Cofield on a curfew status with all other conditions of release to remain.

Respectfully submitted this the 4th day of September, 2007.

*[signature]*

Pate DeBardeleben, Attorney for Jason Edward Cofield

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Verne Spears by mailing to P.O. Box 197 Montgomery, AL 36101-197, and Bernard Ross by mailing to 1 Church Street, Montgomery, AL 36104 this the 4th day of September, 2007.

*[signature]*

Pate DeBardeleben