IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06-CR-208-MEF |
| | ) | |
| JASON EDWARD COFIELD | ) | |

## **ORDER**

Upon consideration of the unopposed motion to modify conditions of pretrial release (doc. # 73) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 10th day of September, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE