IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )        CR. NO. 3:06CR208-MEF
    )
JASON EDWARD COFIELD    )

# O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment (Doc. # 75) filed on October 5, 2007, and for good cause shown, the Court is of the opinion that the motion should be granted. It is CONSIDERED, ORDERED, ADJUDGED AND DECREED that said Motion for Leave to Dismiss the Indictment (Doc. # 75) is GRANTED.

DONE this the 9th day of October, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on August 15, 2006, in the above styled cause.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135